**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CHARLES JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1667** |
| **CHARLES R. MATTHEWS** | **SECTION "I"(1)** |

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that Charles Jones's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of September, 2026.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**